UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JEFFREY ALAN MCRAVEN, | Civil No. 24-2722 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

---

Jeffrey Alan McRaven, OID# 261989, MCF Stillwater, 970 Picket St. N., Bayport, MN 55003, *pro se* petitioner.

Adam E Petras, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** C2000 Government Center, 300 South 6th Street. Minneapolis, MN 55487, Thomas R Ragatz, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** Criminal Appeals, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for defendant.

United States Magistrate Judge Tony N. Leung entered a Report and Recommendation on July 23, 2024 (ECF No. 5) and no objections to the Report and Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The motion for an extension of time to file a petition for a writ of habeas corpus of petitioner Jeffrey Alan McRaven (ECF No. 1) is **DENIED.**

2. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 3, 2024                    \_\_\_\_\_s/John R. Tunheim_____
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                          United States District Judge